# EXHIBIT A

**Rocky Mountain Holdings LLC**
PO Box 713375 • Cincinnati, OH 45271-3375
**Customer Service: (888) 636-4438**

Air Medical Transport Services provided by: Air Methods Corporation

| | | | |
|---|---|---|---|
| **Patient Name:** | Edward Adams | **Date of Call:** | 05/17/2014 |
| **Run Number:** | 14-69911 | **Time of Call:** | 17:07:20 |
| **Notice Date:** | September 2, 2014 | **From:** | 34 01.462'n, 081 28.079'w |
| | | **To:** | Richland Memorial Hospital - Columbia |
| Joh Alphin | | **Primary Payor:** | State Farm |
| 2110 N Beltline Blvd | | | |
| Columbia SC 29204-3905 | | **Secondary Payor:** | Mcaid SC |

| Description | Qty. | Price | Contractual Allowance | Amount |
|---|---|---|---|---|
| A0431 Helicopter Rotor Base | 1 | 22550.13 | 0.00 | 22550.13 |
| A0436 Helicopter Rotor Miles | 25 | 8341.25 | 0.00 | 8341.25 |

**BALANCE DUE:** $30891.38

Your insurance provider has not paid this claim. We will continue to pursue your insurance for payment on your behalf, but we ask that you contact your insurance to potentially prevent a denial of your claim. Unfortunately, if your claim is denied the full balance of this account would become your financial responsibility.  Se Habla Español.

Your obligation to make payment on this invoice is governed by North Carolina law.
*Please refer to your run number on all correspondence.* - - **Please see the reverse side for insurance information.** - -

WEXLNET03INV09

Federal Tax ID #: 870533822

***DETACH LOWER PORTION AND RETURN STUB WITH YOUR PAYMENT. THANK YOU.***

PO Box 2532
Fontana, CA 92334-2532
**ADDRESS SERVICE REQUESTED**

| Card number plus 3 or 4 digit security code (on back of card) | |
|---|---|
| Cardholder Name | EXP. DATE / |
| Cardholder Signature | AMOUNT $ |

▼ PLEASE MAKE CHECKS PAYABLE TO ▼

September 2, 2014

Rocky Mountain Holdings LLC
PO Box 713375
Cincinnati, OH 45271-3375

14-69911-INV09    391455326

Joh Alphin
2110 N Beltline Blvd
Columbia SC 29204-3905

| PATIENT NAME | | | AMOUNT DUE |
|---|---|---|---|
| Edward Adams | | | $30891.38 |
| RUN NUMBER | DATE OF SERVICE | STATEMENT DATE | AMOUNT ENCLOSED |
| 14-69911 | 05/17/2014 | 09/02/2014 | $ |